**[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1212.]**

CRAWLEY-KINLEY ET AL., APPELLEES, *v.* PRICE, APPELLANT.

**[Cite as *Crawley-Kinley v. Price*, 2002-Ohio-342.]**

*Appeal dismissed as improvidently allowed.*

(No. 01-285—Submitted December 11, 2001—Decided January 30, 2002.)

APPEAL from the Court of Appeals for Hamilton County, No. C-000110.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

PFEIFER, J., dissents.

———————————

**PFEIFER, J., dissenting**.

{¶ 2} I dissent and would reverse the judgment of the court of appeals.

———————————

**COOK, J., dissenting**.

{¶ 3} I respectfully dissent. I would adjudicate this cause on the merits and affirm the judgment of the court of appeals.

MOYER, C.J., concurs in the foregoing dissenting opinion.

———————————

*Michael K. Allen*, Hamilton County Prosecuting Attorney, and *Diane E. Books*, Assistant Prosecuting Attorney, for appellees.

*Victor Dwayne Sims*, for appellant.

———————————